# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| CODY J. STAVIG, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:21-cv-00937-LY |
| JP MORGAN CHASE BANK, N.A., | § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Plaintiff CODY J. STAVIG and Defendant JP MORGAN CHASE BANK, N.A. hereby stipulate to dismissal of the above-referenced lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,


*/s/ James R. Ray, III*
JAMES R. RAY, III
Texas Bar No. 24079746
**MUNSCH HARDT KOPF & HARR, P.C.**
1717 W. Sixth Street, Suite 250
Austin, TX 78703
(512) 391-6100 Telephone
jray@munsch.com

**ATTORNEY FOR PLAINTIFF CODY STAVIG**


*/s/ Gregory M. Sudbury*
WM. LANCE LEWIS
Texas Bar No. 12314560
GREGORY M. SUDBURY
Texas Bar No. 24033367
**QUILLING, SELANDER, LOWNDS,
 WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
214-871-2100 Telephone
214-871-2111 Facsimile
llewis@qslwm.com
gsudbury@qslwm.com

**ATTORNEYS FOR DEFENDANT
JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of August, 2022, a true and correct copy of the foregoing was forwarded via the Court's CM/ECF system to the following:

Wm. Lance Lewis
Gregory M. Sudbury
Quilling, Selander, Lownds,
   Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

*Attorneys for Defendant*

                                         */s/ James R. Ray, III*
                                         James R. Ray, III