IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CODY J. STAVIG, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. 1:21-CV-937-LY |
| | § | |
| JP MORGAN CHASE BANK. N.A., | § | |
|     DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On August 11, 2022, the parties filed a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. #13). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this ___12th___ day of August, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE